# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1326
Lower Tribunal No. 18-251-C-P
_____

**Carlos Perez Sanchez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Luis Garcia, Judge.

Carlos Perez Sanchez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.